## POPE V. THE STATE.

(Decided Dec. 21, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. FRANK CAHALAN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, for appellee.

WALKER, P. J.—No error in the record. Affirmed.